# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC

SEP 26 2018

US District Court
Western District of NC

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Timothy Stinson<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 3:18-mj- 316 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2016 to 9/25/2018__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846, 841(a), 841(b)(1)(A) | Conspiracy to distribute and to PWID 5 kilograms or more of cocaine |
| 21 U.S.C. 841(a), 841(b)(1)(B) | PWID 500 grams or more of cocaine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Murphy, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/26/2018__

*Judge's signature*

City and state: __Charlotte, North Carolina__  U.S. Magistrate Judge David S. Cayer
*Printed name and title*

# ATTACHMENT A:
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT FOR TIMOTHY STINSON

1. I, Jason Murphy, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), presently assigned to Charlotte, North Carolina, being duly sworn, state:

2. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Title 8, 18, 19, 21, 31 United States Code and other related offenses. I have been employed as a Special Agent with ATF since May 2008.

3. As a result of my personal participation in the investigation of matters referred to in this Affidavit and/or based upon reports made to me by other law enforcement officials, I am familiar with the facts and circumstances of this investigation. The information contained in this Affidavit is provided for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for the Defendant proposed herein; therefore, I have not included each and every fact known to me concerning this investigation.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. A confidential informant ("CI") -- who has provided statements against penal interest, whose information has been corroborated to the extent possible and found to be without any falsehoods, and whose proactive cooperation has resulted in the arrest of several other drug traffickers during the investigation – described historical drug trafficking with Defendant Timothy Stinson. The CI had known Stinson for two and a half years, during which period of time the CI and Stinson had conducted more than five kilograms of cocaine transactions, including six transactions for one kilogram each, as well as numerous smaller purchases.

5. Over the past week, the CI made telephone calls to Defendant Stinson, which were consensually monitored and recorded by the investigative team, in which Defendant Stinson arranged to purchase one kilogram of cocaine from the CI. In the conversation, it was clear that Defendant Stinson would be receiving a full kilogram and that he would be making a partial payment of several thousands of dollars, with the rest to be paid once Stinson had sold the cocaine.

6. At the agreed-upon time, Defendant Stinson showed up for the transaction with the CI and exchanged $5,000 in U.S. currency for a package with one kilogram of cocaine, and the law enforcement team arrested Stinson.

7. Defendant Stinson has prior felony drug convictions for, among other things, Trafficking Schedule II in 2011 and in 2004, Possess with Intent to Sell Controlled Substances and Sell Schedule VI in 1984; therefore, it appears that Stinson is facing a statutory mandatory life sentence. He also has prior convictions for Possess Schedule II in 1998 and 1996, Felony B&E in 1991, Felony B&E (Accessory after the Fact) in 1985, Larceny (over $200) and Receiving Stolen Goods in 1981.

## **CONCLUSION**

Based upon training, experience, and the facts of this investigation, I submit that there is probable cause to believe that Defendant Timothy Stinson, was a member of a conspiracy from in or about 2016 to September 25, 2018, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, to distribute and to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a), and 841(b)(1)(A); and, on September 25, 2018, possessed with intent to distribute more than 500 grams of cocaine, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B); therefore, I request that the Court issue a criminal complaint and arrest warrant for the

same.

_____
JASON MURPHY, ATF SPECIAL AGENT

*AUSA Steven R. Kaufman reviewed this Affidavit.*

Sworn to and subscribed before me this 26th day of September 2018.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

*Page 3 of 3*

Case 3:18-mj-00316-DSC    Document 1    Filed 09/26/18    Page 4 of 4